UNITED STATES of America,
Plaintiff—Appellee,

v.

Michael Jerome FELDER,
Defendant—Appellant.

No. 12–6281.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2012.

Decided: June 25, 2012.

Michael Jerome Felder, Appellant Pro Se. Jimmie Ewing, Assistant United States Attorney, Columbia, South Carolina; Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Jerome Felder seeks to appeal the district court's orders denying relief on his 28 U.S.C.A. § 2255 (West Supp.2012) motion and his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Felder v. United States,* No. 4:07–cr–00203–TLW–1; 4:10–cv–70188–TLW, 2011 WL 5320991 (D.S.C. Nov. 3, 2011) & (Dec. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*